## Commonwealth ex rel. Yanczak, Appellant, *v.* Warden, U. S. Penitentiary.

Submitted December 14, 1960. Before RHODES, P. J., GUNTHER, WRIGHT, WOODSIDE, ERVIN, WATKINS, and MONTGOMERY, JJ.

*Frank Yanczak,* appellant, in propria persona.

*Patrick F. Casey* and *Arlen Specter,* Assistant District Attorneys, *Paul M. Chalfin,* First Assistant District Attorney, and *Victor H. Blanc,* District Attorney, for appellee.

OPINION PER CURIAM, March 22, 1961:

The order of the court below dismissing petition for writ of habeas corpus is affirmed on the memorandum opinion of Judge WATERS, as reported in 23 Pa.

D. & C. 2d 366, with the additional citations added thereto: *Com. ex rel. Miller v. Myers,* 189 Pa. Superior Ct. 163, 149 A. 2d 507; *Com. ex rel. Tiscio v. Martin,* 180 Pa. Superior Ct. 462, 120 A. 2d 307.